Opinion filed December 8,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00164-CR

                                                    __________

 

                                PAUL
JOHN HOLGUIN, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 118th District Court

                                                          Howard
County, Texas

                                                      Trial
Court Cause No. 13061

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Paul
John Holguin has filed in this court a motion to dismiss his appeal.  Pursuant
to Tex. R. App. P. 42.2, the
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM 

                                                                                    

December 8, 2011

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.